UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 28, 2007

Memo To Counsel Re: Timothy O'Shea v. County Commissioners
Civil No. JFM-06-1436

Dear Counsel:

Thank you for your letters stating your objections to the proposed order I circulated to you on February 22, 2007.

I agree with Mr. Colaresi that count XII should be dismissed pursuant to defendants' motion to dismiss, rather than pursuant to plaintiffs' "oral motion to dismiss," because defendants had moved to dismiss that count in their original papers. However, I do not believe that the dismissal should be "with prejudice" because the fault in the count was that it was unsupported by any factual allegations. If during the course of discovery plaintiffs learn of facts that would justify their asserting in good faith a new claim under 42 U.S.C. §1985(3), they should be entitled to request leave of court to do so.

I have amended paragraph 2 of the amended order to incorporate my resolution of the issues you pose. I am today entering the amended order, as thus modified.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge